IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| GINA MARKS AND DAVID MARKS, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | CASE NO.: 1:15-CV-00001 (WLS) |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * | |

Filed at 8:45 A.M
2/24, 20 16
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## JOINT DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**COME NOW,** the parties in the above-captioned case and jointly stipulate to dismissal of the case with prejudice based upon the consummation of an agreed upon settlement by payment to the Plaintiffs in full satisfaction of all claims in the case.

This 24th day of February, 2016.

*The undersigned attorney for the Defendant hereby certifies that the originally executed document filed electronically herewith contains the signatures of both of the undersigned attorneys and therefore represents consent for filing of this document.*

1

                G. F. "Pete" PETERMAN, ACTING
                UNITED STATES ATTORNEY
                ATTORNEY FOR DEFENDANT

| /s/ John C. Spurlin | By: /s/ Stewart R. Brown |
|---|---|
| Spurlin & Spurlin | Stewart R. Brown |
| Georgia State Bar # 673230 | Assistant United States Attorney |
| P. O. Box 7566 | Georgia State Bar # 089650 |
| Tifton, GA 31793-7566 | United States Attorney's Office |
| Telephone: (229) 391-9106 | Middle District of Georgia |
| Facsimile: (229) 391-9665 | P.O. Box 1702 |
| Email: johnspurlin@spurlinlaw.com | Macon, Ga. 31202-1702 |
| | Telephone: (478) 621-2690 |
| | Facsimile: (478) 621-2737 |
| | Email: Stewart.Brown@usdoj.gov |

SO ORDERED this **25th** day of **February, 2016**.

*/s/ W. Louis Sands*

W. Louis Sands, Sr. Judge
United States District Court